

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MICHAEL J. TARVIN, #13584     PETITIONER

VERSUS     CIVIL ACTION NO. 2:05cv2087KS-JMR

WARDEN ANDERSON, et al.     RESPONDENTS

### ORDER

This matter is before the court on petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254. It is, hereby,

ORDERED that the respondent, through Jim Hood, file a responsive pleading in this cause within 20 days of the service upon the said Jim Hood of a copy of this order. Respondent shall file with his responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of rape, burglary of a dwelling and kidnaping against petitioner in the Circuit Court of Forrest County, Mississippi.

IT IS FURTHER ORDERED that the clerk of this court shall serve, by certified mail, a copy of the petition filed herein and of this order upon Jim Hood, Attorney General of the State of Mississippi. The clerk of this court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

SO ORDERED, this the 7th day of December, 2005.

                                       s/ John M. Roper
                                       CHIEF MAGISTRATE JUDGE