

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MICHAEL J. TARVIN                                                          PETITIONER

VERSUS                                          CIVIL ACTION NO. 2:05cv2087KS-JMR

WARDEN ANDERSON, et al.                                              RESPONDENTS

### ORDER

Before the court is the following motion by the petitioner: Motion for an Extension of Time. Upon review of the motion requesting additional time to pay the filing fee and the docket entries, this court finds that the petitioner paid the filing fee on December 7, 2005. Therefore, the motion is deemed moot. Accordingly, it is hereby,

ORDERED that the petitioner's motion for an extension of time [document #11] is **denied**.

THIS, the 8th day of December, 2005.

                                              s/ John M. Roper
                                              CHIEF MAGISTRATE JUDGE